UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TERRY L. PYLES,

    Plaintiff,

v.

OFFICER DAILY,

    Defendant.

Case No. 19-cv-1067-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision on the motion for summary judgment in favor of defendant Officer Daily,

**IT IS HEREBY ORDERED AND ADJUDGED** that Terry L. Pyles's Amended Complaint is dismissed with prejudice and without costs.

**DATED: June 12, 2023**    MONICA A. STUMP, Clerk of Court
    s/Tina Gray, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**